**Herbert ESTEPPE, Administrator of the Estate of George Dale Esteppe, Deceased, Plaintiff, v. McLAIN TRUCKING, Inc. and Clyde E. Rupert, Defendants.**

**Civil Action No. 5928.**

United States District Court
N. D. Ohio, W. D.

Dec. 24, 1948.

Myers & Myers and Robert D. Touvelle, all of Celina, Ohio, for plaintiff.

Effler, Eastman, Stichter & Smith, of Toledo, Ohio, and Marchal & Marchal, of Greenville, Ohio, for defendants.

For opinion, see Stauffer v. McLain Trucking, Inc., 8 F.R.D. 478.